**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

East Hempfield Township,       :
              Petitioner    :
                            :
        v.              :   No. 1058 C.D. 2017
                            :
Workers' Compensation Appeal   :
Board (Stahl),             :
             Respondent  :

## ORDER

NOW, this 24th day of August, 2018, it is hereby ordered that the Memorandum Opinion filed on June 1, 2018, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

 

P. KEVIN BROBSON, Judge